**Opinion filed March 13, 2025**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-24-00034-CR

_____

## ANDREW STEVEN CHESTER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 59558**

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss the appeal.  In the motion, Appellant states that he "moves this Court to withdraw [his] notice of appeal and dismiss this appeal."  *See* TEX. R. APP. P. 42.2(a).  The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See id.*

We grant Appellant's motion and dismiss the appeal.


JOHN M. BAILEY

CHIEF JUSTICE


March 13, 2025

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.